No. 69685.—Ottavia, Inc. *v.* United States, protests 62/2803, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852, the claim of the plaintiff was sustained.